**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JUAN HERNANDEZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO.** 1:23-cv-163 |
| | § | |
| **HOME DEPOT U.S.A., INC.** | § | |
| **Defendant.** | § | |

**DEFENDANT HOME DEPOT, U.S.A., INC.'S**
**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE:

COMES NOW Defendant Home Depot U.S.A, Inc. ("Home Depot" herein), who files this its Notice of Removal, on the basis of diversity jurisdiction, and would show the Court as follows:

1. Home Depot is the Defendant in a civil action pending in Cameron County, Texas, entitled *Juan Hernandez v. Home Depot U.S.A., Inc.*, Cause No. 2022-DCL-06157 (hereinafter referred to as the "State Court Action"). An Index of Documents Filed with the Notice of Removal is attached hereto as Exhibit "A," and true and correct copies of all process, and pleadings, served upon Home Depot in the State Court Action are attached hereto as Exhibit "B," as required by 28 U.S.C. §1446(a).

2. The Plaintiff's Original Petition in the State Court Action was filed on December 30, 2022, and Plaintiff stipulated that the amount of controversy was under $75,000.00 The Plaintiff made its first demand to Defendant on October 18, 2023 and the amount exceeded $75,000.00. Further, the Plaintiff filed and served Plaintiff's First Amended Petition on October 23, 2023, which states that Plaintiff seeks monetary relief over $250,000 but not over $1,000,000.00.

1

3.      This notice is timely filed within thirty (30) days of Home Depot's receipt of first notice that this Court has jurisdiction over the subject matter of this case as required by 28 U.S.C. §1446(b), and within one year of the commencement of the lawsuit.

4.      Plaintiff Juan Hernandez is and was at the time of filing suit a citizen of the State of Texas.

5.      Home Depot U.S.A., Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia.  Home Depot is and was, therefore, a citizen of the State of Delaware and Georgia.

6.      Consequently, the district courts of the United States have original jurisdiction over this action based on complete diversity of citizenship amongst and between the parties, in that Plaintiff, on the one hand, and Home Depot, on the other hand, are now, and were at the time this action commenced, diverse in citizenship from each other.

7.      The amount in controversy in the State Court Action is in excess of $75,000.00, exclusive of interests and costs. Accordingly, the State Court Action is within the original jurisdiction of this Court pursuant to 28 U.S.C. §1332, as it is a civil action wholly between citizens of different states, and the amount in controversy is in excess of the Court's jurisdictional minimum for diversity cases.

8.      Under 28 U.S.C. §1446(a), venue of the removed action is proper in this Court as it is the district embracing the place where the State Court Action is pending.

9.      Pursuant to 28 U.S.C. §1446(d), Home Depot will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the District Clerk of Cameron County, Texas, where the action was previously pending.

10.     **Jury Demand** – Home Depot hereby requests trial by jury on all issues and claims in this cause.

WHEREFORE, Defendant Home Depot U.S.A., Inc. hereby removes the case styled *Juan Hernandez v. Home Depot U.S.A., Inc., Cause No. 2022-DCL-06157*, and respectfully requests that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action.

Respectfully submitted,

Gordon Rees Scully Mansukhani

B y :    /s/ *Troy D. Helling*
**TROY D. HELLING**
State Bar No. 24007340
thelling@grsm.com
**AMY WELBORN**
State Bar No. 24012853
awelborn@grsm.com
**TAYLOR R. YETTER**
State Bar No. 24102672
tyetter@grsm.com
2705 Bee Caves Road, Suite 220
Austin, TX 78746
(512) 391-0197
(512) 391-0183 (Fax)
-AND-
2200 Ross Ave., Suite 3700
Dallas, TX 75201
(214) 231-4660
(214) 461-4053 (Fax)

**ATTORNEYS FOR DEFENDANT
HOME DEPOT U.S.A., INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been sent via electronic service to counsel of record in accordance with the Federal Rules of Civil Procedure, on November 9, 2023.

Cesar E. Amador
Cesar A. Amador
Amador Law Firm
2406 Thor's Hammer Boulevard
Brownsville, Texas 78521
Phone: (832) 757-1210
Fax: (832) 626-3036
amador@amadorfirm.com


/s/ *Troy D. Helling*
**TROY D. HELLING**