United States District Court
Southern District of Texas
**ENTERED**
October 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-163 |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Juan Hernandez and Defendant Home Depot U.S.A., Inc. have jointly stipulated to voluntarily dismiss all claims asserted in this action with prejudice. (Stipulation of Dismissal, Doc. 10) The Stipulation dismisses Hernandez's causes of action with prejudice without court order.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on October 30, 2024.

_____
Fernando Rodriguez, Jr.
United States District Judge